UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

21-106 NEB/DTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | |
| v. | 18 U.S.C. § 2 |
| | 18 U.S.C. § 1028A |
| (1) OLUMIDE OBIDARE, | 18 U.S.C. § 1343 |
| a/k/a REMY ADAMSON, | 18 U.S.C. § 1349 |
| a/k/a MICHEAL BRYAN, | |
| a/k/a M.H., | |
| a/k/a REMY JENSON, | |
| a/k/a JADEN MICHEL, | |
| a/k/a MATTEW MIHEL, | |
| a/k/a ISRIAELI MIKEL, | |
| a/k/a ALLEN PETERSON, | |
| a/k/a DANIEL THOMPSON, | |
| a/k/a DON WILLIAMS, | |
| | |
| (2) STEPHEN OSEGHALE, | |
| a/k/a LARRY ADISA, | |
| a/k/a STEVEN BOYEGA, | |
| a/k/a ERIC ADE DAVIDSON, | |
| a/k/a MICHAEL DAVIDSON, | |
| a/k/a PERRY LAWAL, | |
| a/k/a TOBY WILLIAMS, | |
| Defendants. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

**INTRODUCTION**

At times relevant to the Indictment:

1. Defendant **OLUMIDE OBIDARE** was a Nigerian national residing in Maryland, Illinois, and elsewhere.

2. Defendant **STEPHEN OSEGHALE** was a Nigerian national residing in Connecticut, Georgia, Maryland, New York, Texas, and elsewhere.

SCANNED
APR 29 2021
KPS
U.S. DISTRICT COURT ST. PAUL

*United States v. Olumide Obidare et al.*

3. C.H., C.F., J.H., J.O., M.H., S.H., V.A., and Z.N., were real people whose identities are known to the grand jury.

4. Beginning in and around 2016 and continuing until at least in and around November 2019, defendants **OBIDARE** and **OSEGHALE**, and others known and unknown to the grand jury, devised and engaged in a scheme and conspiracy to defraud individuals and businesses in the District of Minnesota and elsewhere. In furtherance of the conspiracy, conspirators including **OBIDARE** and **OSEGHALE** used the Internet and email communications in interstate and foreign commerce.

5. It was in furtherance of the conspiracy that defendants **OBIDARE** and **OSEGHALE** obtained false identification documents, including foreign passports and driver's licenses, for false and fictitious identities. Using these false identification documents, defendants **OBIDARE** and **OSEGHALE** opened bank accounts at multiple U.S. financial institutions. It was part of the conspiracy that defendants **OBIDARE, OSEGHALE** and others known and unknown to the grand jury directed proceeds from fraud to these accounts in false identities under their control.

Business Email Compromises

6. In furtherance of the conspiracy and scheme to defraud, coconspirators contacted businesses located in the United States, using the Internet and email, to pose falsely and fraudulently as vendors seeking payment for services. Conspirators posing as vendors then directed the business victims to make payments to various bank accounts in the United States through wire transfers and Automated Clearing House (ACH) deposits to which they were not entitled.

7. Among the methods used in furtherance of the conspiracy and scheme to defraud was sending false and fraudulent "phishing" emails to unwitting recipients. The emails misled the recipients into revealing sensitive information such as account names, personally identifiable information (PII), and financial information. With this information, participants in the scheme obtained access to victim funds that they diverted to their personal use and that of their coconspirators.

Romance Scams

8. It was also in furtherance of the conspiracy that defendant **OBIDARE** and others known and unknown to the grand jury would use fictitious identities and stolen identity information of real people to contact individual victims, in the District of Minnesota and elsewhere, using email, social media, online dating applications, and other Internet-based methods of communication. Coconspirators then pursued false and fraudulent romantic relationships online with the individual victims, whom they persuaded to send funds for a variety of purposes, including to pay for purported legal fees and other costs related to travel, business, and claims of inheritance.

9. Coconspirators directed these individual victims to transfer those proceeds to various bank accounts belonging to coconspirators, including accounts controlled by defendants **OBIDARE** and **OSEGHALE** and others known and unknown to the grand jury. In fact, no such travel occurred or business or inheritance existed, and the money that victims sent was diverted to coconspirators.

### COUNT 1
(Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349)

10. Beginning no later than in and around 2016, and continuing until at least

3

*United States v. Olumide Obidare et al.*

November 2019, in the State and District of Minnesota and elsewhere, the defendants,

**OLUMIDE OBIDARE,**
a/k/a **REMY ADAMSON,**
a/k/a **MICHEAL BRYAN,**
a/k/a **M.H.,**
a/k/a **REMY JENSON,**
a/k/a **JADEN MICHEL,**
a/k/a **MATTEW MIHEL,**
a/k/a **ISRIAELI MIKEL,**
a/k/a **ALLEN PETERSON,**
a/k/a **DANIEL THOMPSON,**
a/k/a **DON WILLIAMS,**

and

**STEPHEN OSEGHALE,**
a/k/a **LARRY ADISA,**
a/k/a **STEVEN BOYEGA,**
a/k/a **ERIC ADE DAVIDSON,**
a/k/a **MICHAEL DAVIDSON,**
a/k/a **PERRY LAWAL,**
a/k/a **TOBY WILLIAMS,**

with others known and unknown to the grand jury, did knowingly and willfully combine, conspire, and agree with each other and others known and unknown to the grand jury to commit an offense against the United States, that is, wire fraud in violation of Title 18, United States Code, Section 1343.

*Manner and Means of the Conspiracy*

11.  The conspiracy included the manner and means described in in paragraphs 1 through 9 of this Indictment, which are realleged and incorporated here.

Business Email Compromise: Victim Businesses 1 and 2

12.  One of the victims of phishing was Victim Business 1, an industrial adhesives company based in Saint Paul, Minnesota. Victim Business 1 routinely purchased materials

4

from Victim Business 2, which was based in Chesapeake, Virginia. Between on or about October 4 and October 5, 2017, Victim Business 1 received emails containing what appeared to be instructions from Victim Business 2 to wire funds for outstanding invoices to a specific account at First Tennessee Bank. In fact, the emails were sent from a compromised email account belonging to a phishing victim employee of Victim Business 2, and the First Tennessee Bank account was in the name of V.A., who was not affiliated with Victim Business 2.

13. In a series of nine wire transfers between on or about October 13, 2017, and November 8, 2017, Victim Business 1 sent approximately $837,988.91 in funds believing the funds were destined for Victim Business 2 to pay for services. Victim Business 2 never received the funds. Instead, the proceeds of the fraud were deposited in accounts in under the control of V.A. and defendant **OBIDARE**, using the false identity "Remy Jenson," among others.

Business Email Compromise: Victim Business 3

14. Another victim of phishing was Victim Business 3, an aerospace business located in California. In and around November 2019, the victim business received email communications purporting to be from a known supplier requesting payment. On or about November 4, 2019, Victim Business 3 sent a wire transfer of approximately $27,088 meant to pay for services to the supplier, but in fact the funds went to an account in the name of a fictitious business under the control of defendant **OBIDARE** using the false identity "Mattew Mihel."

*United States v. Olumide Obidare et al.*

### Romance Scam Victims: Individual Victims

15. One of the victims of a romance scam was J.H., a resident of Texas. From at least in and around 2016 until in and around June 2018, J.H. believed himself to be in a romantic relationship with "Laurie Curtis," and provided financial support to "Curtis" and her associates to assist in settling her deceased father's estate. J.H. sent at least $250,000 intended for and at the direction of "Curtis," as a result. These included approximately nine deposits of approximately $151,600 that J.H. made between on or about April 10, 2017, and on or about February 27, 2018, to accounts controlled by defendant **OBIDARE**, using the false identities "Remy Adamson," "Israeli Mikel," and "Allen Peterson."

16. Another victim of a romance scam was C.F., a resident of Texas. From at least in and around January 2018 until in and around March 2018, C.F. believed she was in a romantic relationship with "David Palmer," who claimed to be a building contractor in Ireland and requested that C.F. send money to help him pay his employees before he could leave Ireland for the United States and marry C.F. C.F. sent approximately $160,000 in funds intended for "David Palmer" and his employees, $87,600 of which went to accounts controlled by defendant **OBIDARE**, using the false identities "Israeli Mikel" and "Allen Peterson," and $40,000 of which went to an account controlled by defendant **OSEGHALE**, using the false identity "Eric Davidson."

17. Another romance scam victim, J.O., a resident of Kansas, believed she was in a romantic relationship with "Donald Hudhes," from in and around May 2017 until in and around September 2018. "Hudhes" requested financial assistance from J.O. to permit him to complete his work abroad and travel to the United States to marry J.O. J.O. sent

*United States v. Olumide Obidare et al.*

approximately $29,000 in funds intended to help "Hudhes," which in fact were sent to accounts under the control of and for the benefit of conspirators, including defendants **OBIDARE** and **OSEGHALE,** the latter using the false identity "Steven Boyega."

All in violation of Title 18, United States Code, Section 1349.

## COUNTS 2-6
(Wire Fraud, 18 U.S.C. § 1343)

18.     Beginning in and around 2016 and continuing until at least in and around November 2019, the defendants,

**OLUMIDE OBIDARE,**
a/k/a **REMY ADAMSON,**
a/k/a **MICHEAL BRYAN,**
a/k/a **M.H.,**
a/k/a **REMY JENSON,**
a/k/a **JADEN MICHEL,**
a/k/a **MATTEW MIHEL,**
a/k/a **ISRIAELI MIKEL,**
a/k/a **ALLEN PETERSON,**
a/k/a **DANIEL THOMPSON,**
a/k/a **DON WILLIAMS,**

and

**STEPHEN OSEGHALE,**
a/k/a **LARRY ADISA,**
a/k/a **STEVEN BOYEGA,**
a/k/a **ERIC ADE DAVIDSON,**
a/k/a **MICHAEL DAVIDSON,**
a/k/a **PERRY LAWAL,**
a/k/a **TOBY WILLIAMS,**

did knowingly and unlawfully devise and intend to devise a scheme to defraud victim businesses and individual victims, and to obtain money and property from them by means of materially false and fraudulent pretenses, representations, promises, and material omissions.

*United States v. Olumide Obidare et al.*

*Manner and Means*

19. The scheme included the manner and means described in in paragraphs 1 through 17 of this Indictment, which are realleged and incorporated here.

20. For the purpose of executing and attempting to execute the above-described scheme and artifice to defraud, the defendants transmitted and cause to be transmitted writings, signs, signals, pictures, and sounds by means of wire communication in interstate and foreign commerce, as set forth in the table below, each transmission constituting a separate count:

| COUNT | DATE (in and around/on or about) | VICTIM | DEFENDANT | COMMUNICATION |
|---|---|---|---|---|
| 2 | October 24, 2017 | Business 1 | OBIDARE | A purchase of a MoneyGram money order ending in -5892[4] of approximately $900 by defendant OBIDARE, using funds from an account in the name of "Remy Jenson," paid to the order of Z.N. |
| 3 | February 9, 2017 | C.H. | OBIDARE | A purchase of a MoneyGram money order ending in -3963[9] of approximately $900 by defendant OBIDARE, using funds from an account in the name of "Isriaeli Mikel," paid to the order of Z.N. |

8

*United States v. Olumide Obidare et al.*

| | | | | |
|---|---|---|---|---|
| 4 | November 10, 2017 | J.O. | OSEGHALE | A purchase of a MoneyGram money order ending in -3677[8] of approximately $900 by defendant OSEGHALE, using funds from an account in the name of "Steven Boyega," paid to the order of Oseghale Stephen. |
| 5 | November 30, 2017 | J.O. | OSEGHALE | A purchase of a MoneyGram money order ending in -0654[6] of approximately $900 by defendant OSEGHALE, using funds from an account in the name of "Steven Boyega," paid to the order of Oseghale Stephen. |
| 6 | December 1, 2017 | J.O. | OBIDARE, OSEGHALE | A purchase of a MoneyGram money order ending in -6231[2] of approximately $900 by defendant OSEGHALE, using funds from an account in the name of "Steven Boyega," paid to the order of Oseghale Stephen. |

All in violation of Title 18, United States Code, Section 1343.

## COUNTS 7-13
(Aggravated Identity Theft, 18 U.S.C. § 1028A)

21.     The allegations in paragraphs 1 through 20 of this Indictment are realleged

*United States v. Olumide Obidare et al.*

and incorporated here.

22. On or about the dates below, in the State and District of Minnesota and elsewhere, the defendants,

**OLUMIDE OBIDARE,**
a/k/a **REMY ADAMSON,**
a/k/a **MICHEAL BRYAN,**
a/k/a **M.H.,**
a/k/a **REMY JENSON,**
a/k/a **JADEN MICHEL,**
a/k/a **MATTEW MIHEL,**
a/k/a **ISRIAELI MIKEL,**
a/k/a **ALLEN PETERSON,**
a/k/a **DANIEL THOMPSON,**
a/k/a **DON WILLIAMS,**

and

**STEPHEN OSEGHALE,**
a/k/a **LARRY ADISA,**
a/k/a **STEVEN BOYEGA,**
a/k/a **ERIC ADE DAVIDSON,**
a/k/a **MICHAEL DAVIDSON,**
a/k/a **PERRY LAWAL,**
a/k/a **TOBY WILLIAMS,**

aiding and abetting each other and others known and unknown to the grand jury, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), namely conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349, knowing that the means of identification belonged to another actual

*United States v. Olumide Obidare et al.*

person, as set forth in the table below:

| COUNT | DEFENDANT | DATE (on or about, in and around) | VICTIM | MEANS OF IDENTIFICATION |
|---|---|---|---|---|
| 7 | **OBIDARE** | June 2016 | M.H. | Name, Social Security number |
| 8 | **OBIDARE** | May 2017 | M.H. | Name |
| 9 | **OBIDARE** | July 7, 2017 | M.H. | Name |
| 10 | **OBIDARE** | August 23, 2017 | S.H. | Name, bank account number |
| 11 | **OBIDARE** | November 21, 2017 | S.H. | Name, bank account number |
| 12 | **OBIDARE and OSEGHALE** | December 1, 2017 | J.O. | Name, city, state, zip code |
| 13 | **OBIDARE and OSEGHALE** | December 13, 2017 | S.H. | Name, account number |

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## **FORFEITURE ALLEGATIONS**

23.    Counts 1 through 6 of this Indictment are incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

24.    Upon conviction of the offenses alleged in Counts 1 through 6 of this Indictment, the defendant shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the

11

*United States v. Olumide Obidare et al.*

offenses.

25. If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____   _____
ACTING UNITED STATES ATTORNEY    FOREPERSON