UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-CR-106 (NEB/DTS)

**RECEIVED**

MAY 0 4 2021

CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>(1) OLUMIDE OBIDARE,<br>a/k/a REMY ADAMSON,<br>a/k/a MICHEAL BRYAN,<br>a/k/a M.H.,<br>a/k/a REMY JENSON,<br>a/k/a JADEN MICHEL,<br>a/k/a MATTEW MIHEL,<br>a/k/a ISRIAELI MIKEL,<br>a/k/a ALLEN PETERSON,<br>a/k/a DANIEL THOMPSON,<br>a/k/a DON WILLIAMS,<br><br>(2) STEPHEN OSEGHALE,<br>a/k/a LARRY ADISA,<br>a/k/a STEVEN BOYEGA,<br>a/k/a ERIC ADE DAVIDSON,<br>a/k/a MICHAEL DAVIDSON,<br>a/k/a PERRY LAWAL,<br>a/k/a TOBY WILLIAMS,<br><br>Defendants. | **UNDER SEAL**<br><br>**MOTION TO UNSEAL** |

The United States of America, by and through its attorneys, W. Anders Folk, Acting United States Attorney for the District of Minnesota, and Miranda E. Dugi, Assistant United States Attorney, hereby moves the Court for an order to unseal the Indictment in the above-referenced matter.

The defendants have been arrested on warrants issued with the indictment and are set to make their initial appearances in the districts of their arrest. Accordingly, the United



SCANNED
MAY 0 4 2021
U.S. DISTRICT COURT MPLS

States respectfully requests that the Court unseal the indictment to facilitate these appearances and because continued sealing of the indictment is no longer necessary.

Dated: May 4, 2021

Respectfully Submitted,

W. ANDERS FOLK
Acting United States Attorney


/s/ Miranda E. Dugi
BY:  MIRANDA E. DUGI
Assistant U.S. Attorney
Attorney ID No. 5140546 (NY)