AO 442 (Rev. 11/11) Arrest Warrant

F#11270780

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

**RECEIVED**
MAY 0 5 2021
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

United States of America
v.
Olumide Obidare

_Defendant_

Case No. CR 21-106 (1) NEB/DTS

**RECEIVED**
By U.S. Marshal, St. Paul, MN at 1:44 pm, Apr 29, 2021

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   Olumide Obidare,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1: Conspiracy to Commit Wire Fraud, 18:1349; Counts 2-3, 6: Wire Fraud, 18:1343; Count 7-13, Aggravated Identity Theft, 18:1028A(a)(1) and 2.

Date: 04/29/2021

_Issuing officer's signature_
Kate M. Fogarty, Clerk of Court
_Printed name and title_

City and state:   St. Paul, MN

### Return

| | |
|---|---|
| This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____ at _(city and state)_ _____ | |
| Date: _____ ARRESTED ON 5/4/2021 ARRESTED BY FBI-D/MN U.S. MARSHAL DISTRICT OF MINNESOTA BY _____ | _Arresting officer's signature_ _Printed name and title_ |

SCANNED
MAY 0 6 2021
kos
U.S. DISTRICT COURT ST. PAUL

# COPY

AO 442 (Rev. 11/11) Arrest Warrant

F#11270780

## UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America
v.
Olumide Obidare

Defendant

Case No. CR 21-106 (1) NEB/DTS

**RECEIVED**
By U.S. Marshal, St. Paul, MN at 1:44 pm, Apr 29, 2021

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Olumide Obidare,

who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment      Superseding Indictment      Information      Superseding Information      Complaint

Probation Violation Petition      Supervised Release Violation Petition      Violation Notice      Order of the Court

Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1: Conspiracy to Commit Wire Fraud, 18:1349; Counts 2-3, 6: Wire Fraud, 18:1343; Counts 7-13, Aggravated Identity Theft, 18:1028A(a)(1) and 2.

Date: 04/29/2021

*M. Fogarty*
*Issuing officer's signature*

City and state:   St. Paul, MN

Kate M. Fogarty, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 04/29/2021, and the person was arrested on *(date)* 05/04/2021
at *(city and state)* Colesville, MD.

Date: 05/05/2021

*Arresting officer's signature*

Special Agent Brian Behm
*Printed name and title*

**SCANNED**
MAY 06 2021
kos
U.S. DISTRICT COURT ST. PAUL