UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-106 (NEB/DTS) |
| Plaintiff, | |
| v. | **STATEMENT OF FACTS IN SUPPORT OF MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| OLUMIDE OBIDARE, | |
| Defendant. | |

---

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Olumide Obidare, the defendant in this case, agree to the following statement of facts in support of my Motion to Exclude Time Under the Speedy Trial Act.

I have been unable to review discovery due to the Sherburne County Jail experiencing lockdown issues due to Covid. My unit is one which has greatly reduced my availability to move throughout the jail. The jail reports they are extremely limited at this point on what they can offer me. I understand that my attorney needs additional time to discuss my case with me and we are working toward a resolution.

Based on these facts, I request that the period of time from the date of the Court's Order on my Motion to Exclude Time Under the Speedy Trial Act through the motions hearing be excluded from the time in which I would otherwise have to be brought to trial on my case. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Date: January 7, 2022                    */s/ Olumide Obidare*
                                          Olumide Obidare
                                          Defendant

Date:  December 23, 2021	  */s/ Piper Kenney Wold*
Piper Kenney Wold (#275621)
331 Second Avenue South, Suite 705
Minneapolis, MN 55401
(612) 599-5545
piper@piperkenneylaw.com
*Attorney for Defendant*