## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 21-cr-106 (NEB/DTS) |
| Plaintiff, | |
| v. | **ORDER FOR TRANSPORTATION** |
| Olumide Obidare (1), | |
| Defendant. | |

---

The Court having held that the facility where Defendant is located has provided inadequate time to review discovery and Defendant hadirs need for additional time to prepare his defense.

**IT IS HEREBY ORDERED**:

1. The U.S. Marshal Service shall transport Defendant on **January 19, 2022** and again on **January 20, 2022** by 9:00 a.m. to the cell block located at Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.

2. Defendant may stay in the cell block until 4:00 pm each of those days and then be transported back to his facility.

3. Defendant shall be allowed to review discovery on a laptop provided by the Court.

4. The Clerk of Courts shall send a copy of this order to the U.S. Marshal Service.

Dated: January 12, 2022                        s/David T. Schultz
                                                                                                DAVID T. SCHULTZ
                                                                                                 U.S. Magistrate Judge