LAW OFFICE OF

# PIPER KENNEY WOLD

331 SECOND AVENUE SOUTH, SUITE 705
MINNEAPOLIS, MINNESOTA 55401

———

612.599.5545
PIPER@PIPERKENNEYLAW.COM

March 3, 2022

The Honorable David T. Schultz
United States Magistrate Judge
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

RE:     *United States of America v. Olumide Obidare*
        Court File No. 21-CR-106 (NEB/DTS)

Dear Judge Schultz:

    I am writing to inform you that a plea hearing and sentencing is scheduled for March 14, 2022, in the above matter.  Defendant Olumide Obidare therefore waives his right to a motions hearing.

    Thank you.

Very truly yours,

*/s/ Piper Kenney Wold*

Piper Kenney Wold

PWK/ack