# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# SENTENCING

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OLUMIDE OBIDARE,<br><br>Defendant. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Nancy E. Brasel<br>U.S. District Judge<br><br>Case No:         21-cr-106 (1) (NEB/DTS)<br>Date:             September 12, 2022<br>Court Reporter:   Renee Rogge<br>Courthouse:       Minneapolis<br>Courtroom:        13W<br>Time Commenced:   10:10 a.m.<br>Time Concluded:   10:50 a.m.<br>Time in Court:    40 minutes |
|---|---|

**APPEARANCES:**
  Plaintiff:    Kimberly Svendsen, Assistant U.S. Attorney
  Defendant:    Piper Kenney Wold, CJA Appointed Attorney

**PROCEEDINGS:**

☒ Sentencing.

**IT IS ORDERED:**
**Defendant is sentenced to 132 months.**

| COUNT NOS. | GUILTY PLEA | BOP | SR |
|---|---|---|---|
| 1 | X | 108 months to be served consecutively to Count 13 | 3 years to be served concurrently to Count 13 |
| 13 | X | 24 Months to be served consecutively to Count 1 | 3 years to be served concurrently to Count 1 |

☒  Special conditions of: See J&C for special condition.
☒  Restitution in the amount of $1,955,507.53 is due immediately.
☒  Special assessment in the amount of $200.00 is due immediately.
☒  Counts 2-3, 6, and 7-12 are dismissed on motion by the Government.
☒  Restricted filing ECF No 117 shall remain restricted for 50 years until 9/12/72.
☒  Defendant remanded to the custody of the USM.

Date: September 12, 2022                                       s/KW
                                                               Signature of Courtroom Deputy

to Judge Nancy E. Brasel